IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONITA MENDOZA, | ) | Case No. 8:14CV315 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JH PORTFOLIO DEBT EQUITIES, LLC and CREDIT CONTROL, LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |

Upon Notice of Settlement and Motion to Stay (#6) filed by Henry L. Weidrich, counsel for defendants,

**IT IS ORDERED:**

1.  On or before **January 30, 2015,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  All pending deadlines are stayed upon the representation that this case is settled.

Dated: December 23, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge