IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONITA MENDOZA,<br><br>      Plaintiff,<br><br>vs.<br><br>JH PORTFOLIO DEBT EQUITIES, LLC, and CREDIT CONTROL, LLC,<br><br>      Defendants. | 8:14CV315<br><br>ORDER OF DISMISSAL |

This matter is before the Court on Plaintiff Ronita Mendoza's Notice of Discontinuance (Filing No. 8). The Notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Court concludes that it should be approved. The above-captioned action should be dismissed with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. Plaintiff Ronita Mendoza's Notice of Discontinuance (Filing No. 8) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs or attorney's fees.

Dated this 23rd day of February, 2015

                BY THE COURT:

                s/Laurie Smith Camp
                Chief United States District Judge